**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| EAST ST. LOUIS CASTING CO., | ) BK  86-31176 |
| | ) |
| Debtor(s). | ) |

## <u>MOTION TO REOPEN ESTATE</u>

Comes now Donald M. Samson, trustee, and files this Motion to Reopen Estate and in support thereof shows as follows:

1. That Donald M. Samson was the trustee in the above bankruptcy matter.

2. That the above case was an asset case in which the creditors have received eleven (11) distributions.

3. That by order of this Court the above matter was closed for administrative purposes only.

4. That your trustee has received notice from Aetna Investments and Pension Group that experience credits are owed for 2024 in the amount of $14,371.91.

5. That the above case needs to be reopened and Donald M. Samson reappointed trustee so that the trustee can make a supplemental distribution to creditors.

6. That this motion is no way affects the previously abandoned assets and those assets remain abandoned by the trustee.

**WHEREFORE**, Trustee, Donald M. Samson, prays for an order re-opening the above-referenced Chapter 7 case and for such further relief as this Court deems just and equitable.


DATE:  3/27/2025


/s/ Donald M. Samson_____
DONALD M. SAMSON, Trustee
226 West Main Street, Suite 102
Belleville, IL  62220
618-235-2226

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of March, 2025, a copy of the foregoing document, Motion to Reopen Estate, was served upon the following either electronically or by first class mail, postage prepaid:

Ms. Deborah J. Volmert
Attorney at Law
Volmert Law Office, LLC
1000 Eleven South, Ste. 3G
Columbia, IL  62236

Office of the U.S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

/s/ Tara Schaefer___